direct appeal. *United States v. McMullen*, 98 F.3d 1155, 1157 (9th Cir.1996).

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Guadalupe CEBREROS,**
**Defendant—Appellant.**

**No. 02–50610.**

**D.C. No. CR–01–02788–1–JM.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 4, 2003.

Decided Dec. 15, 2003.

USSD–Office of the U.S. Attorney, San Diego, CA, Mark A. Inciong, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Gary P. Burcham, San Diego, CA, for Defendant–Appellant.

Before KOZINSKI, NOONAN, Circuit Judges, and SCHWARZER, Senior District Judge.*

**MEMORANDUM\*\***

1. The district court did not abuse its discretion in admitting Cebreros's prior drug possession conviction under Federal

---

\* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Rule of Evidence 609. *See United States v. Hursh,* 217 F.3d 761, 768 (9th Cir.2000).

2. Because the evidence against Cebreros was overwhelming, the alleged and admitted government errors during trial did not affect Cebreros's substantial rights. Thus, Cebreros's argument that his conviction should be reversed must fail. *See United States v. Olano,* 507 U.S. 725, 732, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

